Case 4:22-cr-00612   Document 305   Filed on 06/13/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. 4:22-CR-612 |
| GARY DEEL | § § § | |

### ORDER

ON THIS DAY came to be considered Mr. Deel's Motion to Adopt Co-Defendants' Motions to Dismiss and having been considered, said Motion is hereby:

\_\_\_✓\_\_\_\_GRANTED.

_____DENIED.

SIGNED AND ENTERED this the 13th day of June 2023 at Houston, Texas.

HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE