**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

_____

### <u>NOTICE OF WITHDRAWAL OF MOTION</u>

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, John Rybarczyk and hereby informs this Court that TD Ameritrade and Mr. Rybarczyk have resolved their dispute, as outlined in Dkt. 616. Accordingly, Mr. Rybarczyk hereby files this notice withdrawing his motion to compel (Dkt. 616) without prejudice pending final resolution of this matter with TD Ameritrade.

Dated: March 14, 2024                Respectfully submitted,

_/s/ Q. Tate Williams_
Q. Tate Williams
Texas Bar No.: 24013760
Philip H. Hilder
Texas Bar No. 09620050
Stephanie K. McGuire
Texas Bar No. 11100520
**Hilder & Associates, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
Tel.: (713) 655-9111
Fax: (713) 655-9112
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

Eric Samuel Rosen
**Dynamis LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 977-4163
erosen@dynamisllp.com

*Attorneys for Defendant*
*John Rybarczyk*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, a true and correct copy of the above and foregoing was served on all counsel of record via ECF, certified mail, return receipt requested, facsimile, electronically, or hand delivery.

*/s/ Q. Tate Williams*
Q. Tate Williams

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

_____

### UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

### ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Motion to Travel to Virginia is hereby GRANTED /

DENIED.

Defendant John Rybarczyk will be allowed to travel by air to/from Virginia from

November 19, 2023 and return on November 26, 2023.

SIGNED on this _____, 2023.

_____

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE