United States District Court
Southern District of Texas
**ENTERED**
April 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| GARY DEEL | § § | |

## ORDER

ON THIS DAY came to be considered Deel's Motion to Return Property, it if hereby granted and

ORDERED that the Southern District of Texas return:

(1) His U.S. passport, which was confiscated as part of his pre-trial conditions, and

(2) His $100,000, cash bond paid as a condition of pre-trial release

SIGNED AND ENTERED ~~March~~ April 10, 2024, at Houston, Texas.

_____
HONORABLE ANDREW S. HANEN
U.S. DISTRICT JUDGE

3