Case 4:22-cr-00612     Document 732     Filed on 12/16/25 in TXSD     Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA
v.

EDWARD CONSTANTINESCU
JOHN RYBARCZYK,
GARY DEEL,
STEFAN HRVATIN,
TOM COOPERMAN,
MITCHELL HENNESSEY, and
DANIEL KNIGHT

Case No. 4:22-cr-00612-4

## ORDER ON MOTION TO SUBSTITUTE COUNSEL

On this the __16th__ day of __December__, 20__25__, the above and foregoing Motion to Substitute Counsel was heard by the Court and the Court enters the following order.

It is therefore ORDERED, ADJUDGED and DECREED that **TYLER WHITE** is the attorney of record for GARY DEEL and **NEAL DAVIS III AND ZACHARY FERTITTA** are allowed to withdraw and are released from any further representation of the Defendant.

THE HONORABLE JUDGE
ANDREW HANEN